# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARMAINE RICHARD RENFROE
AND WARREN L. RENFROE

NO. 2020 CW 1056

VERSUS

EVRIHOLDER PRODUCTS, LLC,
AND WAL-MART STORES, INC.

**MARCH 23, 2021**

---

In Re: Evriholder Products, LLC, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 131538.

---

BEFORE: **WHIPPLE, C.J., McDONALD, WELCH, CHUTZ AND HESTER, JJ.**

**WRIT GRANTED.** The district court's October 22, 2020 judgment denying the Motion for Summary Judgment filed by Defendant, Evriholder Products, LLC, is hereby reversed. Evriholder Products, LLC successfully pointed out to the district court the absence of factual support for an essential element of Plaintiffs' claim, namely that Evriholder Products, LLC is the manufacturer of the subject grill brush that caused Mrs. Renfroe's injury. See **Baldwin v. Kikas**, 93-1739 (La. App. 4th Cir. 4/14/94), 635 So.2d 1324, 1327, writ denied, 94-1264 (La. 9/2/94), 643 So.2d 144 (affirming summary judgment because of insufficient evidence of the identity of manufacturer or seller); **Maldanado v. State Through Dept. of Transportation**, 618 So.2d 537, 538-39 (La. App. 4th Cir.), writ denied, 623 So.2d 1309 (La. 1993) (proof of identity of the manufacturer is an element of plaintiff's claim). Plaintiffs failed to produce factual support sufficient to establish the existence of a genuine issue of material fact. As a result, the Motion for Summary Judgment filed by Evriholder Products, LLC is granted, and all claims asserted by Plaintiffs, Charmaine Richard Renfroe and Warren L. Renfroe, against Evriholder Products, LLC are dismissed with prejudice.

**JMM**
**JEW**
**WRC**
**CHH**

**Whipple, C.J.,** dissents. In opposition to the motion for summary judgment filed by Defendant, Evriholder Products, LLC, Plaintiffs presented two affidavits that provided factual support sufficient to establish the existence of a genuine issue of material fact as to whether Evriholder Products, LLC is the manufacturer of the grill brush that caused Plaintiffs' harm. Therefore, I would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT